**STRANCH, JENNINGS & GARVEY, PLLC**
Lesley E. Weaver (SBN 191305)
lweaver@stranchlaw.com
Anne K. Davis (SBN 267909)
adavis@stranchlaw.com
1111 Broadway, Suite 300
Oakland, California 94607
Tel.: (341) 217-0550

J. Gerard Stranch, IV (*pro hac vice* forthcoming)
Grayson Wells (*pro hac vice* forthcoming)
Michael Tackeff (*pro hac vice* forthcoming)
223 Rosa L. Parks Avenue, Suite 200
Nashville, Tennessee 37203
Telephone: (615) 254-8801
gstranch@stranchlaw.com
gwells@stranchlaw.com
mtackeff@stranchlaw.com

*Counsel for Plaintiff Troy Kucera and the Proposed Class*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

TROY KUCERA, individually and on behalf of all others similarly situated,

Plaintiff,

v.

AMERICAN GIRL, LLC, AMERICAN GIRL BRANDS, LLC, and MATTEL, INC.,

Defendants.

Case No. 2:26-cv-07264-AB-AS

**NOTICE OF RELATED CASES**

Pursuant to Local Rule 83-1.3, Plaintiff Troy Kucera ("Plaintiff") respectfully submits this Notice of Related Civil Cases. On July 2, 2026, Plaintiff filed this Class Action Complaint against Defendants American Girl, LLC, American Girl Brands, LLC, and Mattel, Inc. ("Defendants" or "American Girl"). Also on July 2, 2026, Plaintiffs Diane Moran and Tonja Wilson filed a similar class action complaint against the same defendants in Case No. 2:26-cv-7231 in this Court. Both cases pertain to unlawful tariffs imposed by the federal government and the impact to consumers of Defendants' unjust retention of profits from passing those tariff-related costs on to consumers. Plaintiffs' counsel for all plaintiffs (in both cases) expect to submit consolidation and leadership papers in both cases promptly.

Dated: July 21, 2026

Respectfully submitted,

**STRANCH, JENNINGS & GARVEY, PLLC**

By: _/s/ Lesley E. Weaver_

Lesley E. Weaver (SBN 191305)
lweaver@stranchlaw.com
Anne K. Davis (SBN 267909)
adavis@stranchlaw.com
1111 Broadway, Suite 300
Oakland, California 94607
Telephone: (341) 217-0550

J. Gerard Stranch, IV*
Grayson Wells*
Michael Tackeff*
223 Rosa L. Parks Avenue, Suite 200
Nashville, Tennessee 37203
Telephone: (615) 254-8801
gstranch@stranchlaw.com
gwells@stranchlaw.com
mtackeff@stranchlaw.com

*Counsel for Plaintiff Troy Kucera and the Proposed Class*

** Pro Hac Vice forthcoming*