## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Troy Kucera,<br><br>PLAINTIFF(S)<br><br>v.<br><br>American Girl, LLC, et al.,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:26-cv-07264-AB-ASx<br><br>**ORDER RE TRANSFER (RELATED CASES)** |

### CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to this Court's General Order in the Matter of Assignment of Cases and Duties to District Judges.

July 29, 2026 — Date

Michael W. Fitzgerald — United States District Judge

### DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

____________________

Date

United States District Judge

### REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case 2:26-cv-07231-MWF-ASx and the present case:

- ☐ A. Arise from the same or closely related transactions, happenings or events; or
- ☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
- ☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
- ☐ D. Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

### NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge -- to Magistrate Judge -- .

On all documents subsequently filed in this case, please substitute the initials MWF-ASx after the case number in place of the initials of the prior judge, so that the case number will read 2:26-cv-07264-MWF-ASx . This is very important because the documents are routed to the assigned judges by means of these initials

cc: ☐ *Previous Judge* ☐ *Statistics Clerk*